# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDWARD SIMMONS

VERSUS

JAMES LeBLANC, SECRETARY OF
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO.  2019 CW 1069

**DECEMBER 6, 2019**

---

In Re:    Edward Simmons, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 671143 c/w 673485.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

  **WRIT GRANTED WITH ORDER.**  Pursuant to the order of appeal
signed by the district court,  it is ordered that the Clerk of
the 19th Judicial District Court, Parish of East Baton Rouge,
prepare, file, and lodge with this court, on or before January
13, 2020, two certified copies of the record to be prepared in
accordance with Rule 2-1, Uniform Rules of Louisiana Courts of
Appeal and La. Code Civ. P. arts. 2121 et seq.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT